

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. AP-76,573 & AP-76,574

### EX PARTE JOHNNY EDWARD PINCHBACK, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS CAUSE NOS. F84-91719-RI & F84-91720-RI IN THE CRIMINAL DISTRICT COURT NUMBER TWO FROM DALLAS COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two aggravated sexual assaults and sentenced to ninety-nine years' imprisonment on each. The Fifth Court of Appeals affirmed his convictions. *Pinchback v. State*, Nos. 05-84-01290-CR & 05-84-01291-CR (Tex. App.–Dallas, delivered Feb. 11, 1986, *pet. ref'd*).

Applicant contends that he has newly discovered evidence that he is actually innocent of

these offenses. The trial court has determined that no rational jury would have convicted Applicant in light of the new evidence, which was previously unavailable to Applicant. The evidence, obtained pursuant to post-conviction DNA testing and investigation, indicates that it was not Applicant who committed these offenses. Applicant is entitled to relief. *Ex parte Elizondo*, 947 S.W.2d 202, 209 (Tex. Crim. App. 1996).

Relief is granted. The judgments in Cause Nos. F84-91719-RI & F84-91720-RI in Criminal District Court Number Two of Dallas County are set aside, and Applicant is remanded to the custody of the Sheriff of Dallas County to answer the charges against him.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Parole Division.

Delivered: June 8, 2011
Do Not Publish